Joel Christiansen, OSB No. 080561
joel@oremploymentlawyer.com
VOGELE & CHRISTIANSEN
812 NW 17th Avenue
Portland, OR 97209
(503) 841-6722

    Of Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **STEPHEN HILGART**, | Case No. 3:16-CV-00079-SB |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| **VOIPWALKER, INC.,** a Delaware corporation doing business as **VOICEWALKER**; **VOICEWALKER, INC.**, an Illinois corporation; **TIMOTHY SLEDZ**, an individual, | |
| Defendants. | |

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Stephen Hilgart, through counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against all defendants.

    Dated: June 9, 2016        VOGELE & CHRISTIANSEN

                                  /s/ Joel Christiansen
                                  Joel Christiansen, OSB No. 080561
                                  joel@oremploymentlawyer.com
                                  Of Attorneys for Plaintiff

PAGE 1 – NOTICE OF DISMISSAL

Joel Christiansen
VOGELE & CHRISTIANSEN
812 NW 17th Avenue, Portland, OR 97209
T: (503) 841-6722 / F: (503) 928-5580
joel@oremploymentlawyer.com